No. 18, Original. STATE OF OKLAHOMA v. STATE OF TEXAS. Submitted January 22, 1923. Decided January 29, 1923. *Per Curiam.* Application of Red River Syndicate, claimants, for a modification of the opinion delivered in this cause on May 1, 1922, 258 U. S. 574, is denied. *Mr. Charles West* for claimants.

No. 201. DAVID LAMAR v. UNITED STATES. Appeal from the District Court of the United States for the Southern District of New York. Submitted January 24, 1923. Decided January 29, 1923. *Per Curiam.* This is a habeas corpus proceeding designed to retard petitioner's incarceration in Mercer County jail after trial and conviction on charge of conspiracy to restrain foreign trade and commerce by instigating strikes, etc., intended to prevent the manufacture and transportation of war supplies.

The points relied upon are without merit, and the judgment dismissing the writ (274 Fed. 160) is affirmed.

The Clerk is instructed to issue the mandate at once.

*Mr. Elijah N. Zoline* and *Mr. Thomas B. Felder* for appellant; *Mr. Solicitor General Beck* and *Mr. Alfred A. Wheat* for the United States.

PETITIONS FOR CERTIORARI GRANTED, FROM OCTOBER 2, 1922, TO AND INCLUDING JANUARY 29, 1923.

No. 423. W. TRINIDAD, AS INSULAR COLLECTOR OF INTERNAL REVENUE OF THE PHILIPPINE ISLANDS, v. SAGRADA ORDEN DE PREDICATORES DE LA PROVINCIA DEL SANTISSIMO ROSARIO DE FILIPINAS. October 9, 1922. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands granted. *Mr. Grant T. Trent, Mr. Logan N. Rock* and *Mr. Carl A. Mapes* for petitioner. *Mr. Gabriel La O* for respondent.